

Justin S. Krell
516.479.6326
JKrell@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

March 15, 2018

**BY ELECTRONIC CASE FILING AND**
**E-MAIL: REG_HEARINGS@NYEB.USCOURTS.GOV**
Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
260 Federal Plaza
Central Islip, New York 11722

  **Re:** **Robert M. Patchell**
     **Chapter 7**
     <u>**Case No. 17-77348 (REG)**</u>
     **Our File No. 10000-177**

Dear Judge Grossman:

  We are the proposed attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the estate of Robert M. Patchell (the "Debtor").

  A hearing in this case is currently scheduled for **April 2, 2018 at 9:30 a.m.** on the Application to Employ SilvermanAcampora LLP as Attorneys for the Chapter 7 Trustee, which was filed on December 21, 2017 (the "Application") [ECF Doc. No.: 12].

  Please be advised that the Trustee has subsequently determined that there are no assets to be administered and intends to file a Trustee's Report of No Distribution.

  Therefore, the Trustee hereby withdraws the Application and respectfully requests that this matter be removed from the Court's April 2, 2018 calendar.

  If Your Honor has any questions, please do not hesitate to have a member of Your staff contact me.

              Very truly yours,

              *s/ Justin S. Krell*

              Justin S. Krell

cc: Kenneth P. Silverman, Esq., the Chapter 7 Trustee (w/o encl.)